UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARVIN ANTHONY CUMMINGS, )
)
Petitioner, )
)
v. ) Civil Action No. 08-1144 (UNA)
)
JAMES A. BEATY, Warden, )
)
Respondent. )

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the Order dated June 23, 2008 entered in this case is VACATED. It is

FURTHER ORDERED that the petitioner's motion to construe the submission of his trust fund statement as fulfilling the requirements of the Order dated June 23, 2008, is DENIED as moot. It is

FURTHER ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: 8/14/08

United States District Judge